UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> CHEVRON PHILLIPS CHEMICAL ) <br> COMPANY LP ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 4:22-cv-00737 <br><br> Judge Charles Eskridge |

**CERTIFICATE OF INTERESTED PERSONS**

Pursuant to the Court's March 10, 2022 Order Setting Conference (ECF Doc. 5), this is to certify that, to the best of counsel for the United States' knowledge, other than the parties to this case, the following entities may have a financial interest in the outcome of this case:

Parent and affiliated entities of Defendant Chevron Phillips Chemical Company LP: Chevron Phillips Chemical Holdings II LLC is a general partner that owns 0.2% of Defendant.

Chevron Phillips Chemical Holdings I LLC is a limited partner that owns 99.8% of Defendant.

Chevron Phillips Chemical Company LLC owns 100% of Chevron Phillips Chemical Holdings II LLC and Chevron Phillips Chemical Holdings I LLC.

Chevron Phillips Chemical Company LLC is owned by Chevron U.S.A. Inc. and Phillips 66 Company, both of which are publicly traded.

Chevron U.S.A. Inc. and Phillips 66 Company each own 50% of Chevron Phillips Chemical Company LLC, either directly or indirectly, through their wholly-owned subsidiaries.

COUNSEL FOR DEFENDANTS ARE:

Rob Brager
Beveridge & Diamond PC
201 North Charles Street, Suite 2210
Baltimore, MD 21201

and

Madeleine Boyer
Beveridge & Diamond PC
400 West 15th Street, Suite 1410
Austin, TX 78701

**DATED**: March 21, 2022.

|  |  |
|---|---|
| | Respectfully submitted, |
| | TODD KIM<br>Assistant Attorney General<br>Environment and Natural Resources Division<br>U.S. Department of Justice |
| Attorney-in-Charge: | s/ Thomas P. Carroll<br>THOMAS P. CARROLL<br>Assistant Section Chief<br>Environmental Enforcement Section<br>Environment and Natural Resources Division<br>U.S. Department of Justice<br>District of Columbia Bar No. 388593<br>P.O. Box 7611<br>Washington, DC 20044-7611<br>202-514-4051 (Phone)<br>thomas.carroll@usdoj.gov |

                                          JENNIFER B. LOWERY
                                          United States Attorney
                                          Southern District of Texas

<u>Local Co-counsel</u>:          JIMMY A. RODRIGUEZ
                                          Senior Litigation Counsel
                                          Assistant United States Attorney
                                          Southern District of Texas
                                          Texas Bar No. 24037378
                                          Federal ID No. 572175
                                          1000 Louisiana St., Suite 2300
                                          Houston, TX 77002
                                          Telephone: (713) 567-9000
                                          jimmy.rodriguez@usdoj.gov

OF COUNSEL:

Robert Parrish
Attorney-Advisor, Air Enforcement Division
U.S. Environmental Protection Agency, HQ
1200 Pennsylvania Ave., N.W. (Mail Code 2242A)
Washington, D.C. 20460

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2022, a true and correct copy of the foregoing Certificate of Interested Parties was filed with the Clerk of the U.S. District Court for the Southern District of Texas using the Court's CM/ECF system. Notice of this Electronic Filing will be sent to all parties by operation of the Court's Electronic Filing System. In addition, a true and correct copy of the foregoing was served on counsel for the Defendants by mailing a copy, first class postage prepaid to the following:

Rob Brager
Beveridge & Diamond PC
201 North Charles Street, Suite 2210
Baltimore, MD 21201

Madeleine Boyer
Beveridge & Diamond PC
400 West 15th Street, Suite 1410
Austin, TX 78701

                                                      s/ Thomas P. Carroll
                                                      Thomas P. Carroll